

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 17 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15 CR 299 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code Sections 2251(a) and 2252A(a)(1) |
| MATTHEW BROWN | ) | |

JUDGE ELLIS

MAGISTRATE JUDGE SCHENKIER

## COUNT ONE

The SPECIAL JANUARY 2015 GRAND JURY charges:

On or about February 24, 2015, at Montgomery, in the Northern District of Illinois, Eastern Division,

MATTHEW BROWN,

defendant herein, did knowingly employ and use a minor to engage in sexually explicit conduct, namely, the lascivious exhibition of the minor's vagina, for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2251(a).

1

## COUNT TWO

The SPECIAL JANUARY 2015 GRAND JURY further charges:

In or about 2015, at Montgomery, in the Northern District of Illinois, Eastern Division,

MATTHEW BROWN,

defendant herein, did knowingly employ and use a minor to engage in sexually explicit conduct, namely, sadistic and masochistic abuse, for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

In or about 2015, at Montgomery, in the Northern District of Illinois, Eastern Division,

MATTHEW BROWN,

defendant herein, did knowingly employ and use a minor to engage in sexually explicit conduct, namely, the lascivious exhibition of the defendant's genitals, for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about February 24, 2015, at Montgomery, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW BROWN,

defendant herein, did knowingly transport and cause to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, an image of a nude prepubescent girl on a bed with her legs spread open and an object inserted in her anus, using a means and facility of interstate commerce and in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## COUNT FIVE

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about February 24, 2015, at Montgomery, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW BROWN,

defendant herein, did knowingly transport and cause to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, an image of a nude prepubescent girl on a bed with her legs spread open and her arms behind her head, using a means and facility of interstate commerce and in and affecting interstate commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(1).

## FORFEITURE ALLEGATION

The SPECIAL JANUARY 2015 GRAND JURY alleges:

1. The allegations of Counts One through Five of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2251(a) and 2252A,

MATTHEW BROWN,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest defendant has in any matter that contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations.

3. The interests of the defendant subject to forfeiture pursuant to Title

18, United States Code, Section 2253 include, but are not limited to, the following item: one black Sony Experia Android T-Mobile mobile smart phone, device name C6906 Xperia Z1.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY