UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 299 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| MATTHEW BROWN | ) | |

**MOTION OF THE UNITED STATES FOR ENTRY OF
PRELIMINARY ORDER OF FORFEITURE**

The United States of America, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, moves for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 2253 and Fed. R. Crim. P. 32.2, and in support thereof submits the following:

1. On September 17, 2015, an indictment was returned charging defendant MATTHEW BROWN in Counts One through Three with production of child pornography in violation of 18 U.S.C. § 2251(a) and in Counts Four and Five with transportation of child pornography in violation of 18 U.S.C. § 2252A(a)(1).

2. The indictment sought forfeiture to the United States of one Sony Experia Android T-Mobile smart phone, device name C6906 Xperia Z1, pursuant to the provisions of 18 U.S.C. § 2253.

3. On March 20, 2018, pursuant to Fed R. Crim. P. 11, defendant MATTHEW BROWN entered a voluntary plea of guilty to Counts Three and Five of the indictment, thereby making the property named in the indictment subject to forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

4. Pursuant to the terms of the plea agreement, defendant MATTHEW

BROWN has agreed to the entry of a preliminary order of forfeiture relinquishing any right, title or interest he has in the foregoing property pursuant to 18 U.S.C. § 2253 for disposition according to law.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(2)(B), unless doing so is impractical, the court must enter the preliminary order of forfeiture sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant at sentencing.

6. In accordance with this provision, the United States requests that this Court enter a preliminary order of forfeiture against defendant MATTHEW BROWN as to one Sony Experia Android T-Mobile smart phone, device name C6906 Xperia Z1, pursuant to 18 U.S.C. § 2253, as property that was used, or intended to be used, to commit or facilitate commission of the offenses of conviction.

7. Pursuant to the provisions of 21 U.S.C. § 853(g), as incorporated by 18 U.S.C. § 2253(b), upon entry of this preliminary order of forfeiture, the United States Marshal Service shall seize and take custody of the foregoing property for disposition according to law, including destruction.

8. Further, pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), upon entry of a preliminary order of forfeiture, the United States shall publish notice of this order and of its intent to dispose of the property according to law. The government may also, pursuant to statute, to the extent practicable, provide written notice to any person known to have alleged an

interest in the property that is the subject of the preliminary order of forfeiture as a substitute for published notice as to those persons so notified. The government is unaware, at this time, of anyone who qualifies for such notice.

9. Further, pursuant to the provisions of 21 U.S.C. § 853(n)(2), as incorporated by 18 U.S.C. § 2253(b), if following notice as directed by this Court, and 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), any person, other than the defendant, asserts an interest in the property that has been ordered forfeited to the United States, within thirty days of the final publication of notice or this receipt of notice under paragraph eight (8), whichever is earlier, and petitions the Court for a hearing to adjudicate the validity of this alleged interest in the property, the government shall request a hearing. The hearing shall be held before the Court alone, without a jury.

10. The United States requests that the terms and conditions of this preliminary order of forfeiture entered by this Court be made part of the sentence imposed against defendant MATTHEW BROWN and included in any judgment and commitment order entered in this case against him.

WHEREFORE, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, the United States requests that this Court enter a preliminary order of forfeiture as to one Sony Experia Android T-Mobile smart phone, device name C6906 Xperia Z1, in accordance with the draft preliminary order of forfeiture which is submitted herewith.

                                              Respectfully submitted,

                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

By:   */s/ John D. Mitchell*
       JOHN D. MITCHELL
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5300