UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15 CR 299 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| MATTHEW BROWN | ) | |

**GOVERNMENTS MOTION TO AMEND JUDGMENT TO DIRECT RESTITUTION PAYMENTS OWED TO VICTIM A TO VICTIM A'S ADOPTIVE PARENTS**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully files this unopposed motion to amend the judgment to direct restitution payments to Victim A's adoptive parents, and in support of its motion, the government states the following:

1. In September 2019, the Court sentenced defendant MATTHEW BROWN to 17 years' imprisonment following his guilty plea to one count of production of child pornography, in violation of Title 18, United States Code, Section 2251(c), and one count of transportation of child pornography, in violation of Title 18, United States Code, Section 2252(b)(1). ECF No. 88.

2. At sentencing, the Court ordered restitution in the amount of $56,292.50 to a minor victim referred to in the indictment, plea agreement, and judgment as "Victim A." ECF No. 88 at p. 9.[1] At the time of sentencing, the Illinois Department of Children and Family Services (DCFS) was the legal guardian for Victim A, and as a result, at the government's request, the Court ordered that restitution payments for Victim A be directed to the Illinois DCFS. *See* Restitution Spreadsheet submitted by the Government.

---

[1] The Court also ordered restitution in the amount of $30,000 for two additional victims ($15,000 each). ECF No. 88 at p. 9. The government is not requesting modification of the judgment with respect to restitution payments to those victims.

1

3. The Illinois DCFS notified the government that Victim A has been adopted and requested that all future restitution payments be directed to Victim A's adoptive parents. Under Seal Exhibit 1 is a copy of the "Judgment Order for Adoption" from the Circuit Court of Cook County. Under Seal Exhibit 2 is an email to the undersigned government counsel from DCFS that includes the name and address of Victim A's adoptive parents. Both exhibits are being filed under seal to protect the privacy of Victim A and her adoptive parents.

WHEREFORE, the United States respectfully requests that the Court amend the judgment in the above-captioned case to direct that all future restitution payments owed to Victim A be paid to Victim A's adoptive parents, whose name and address is included in Under Seal Exhibits 1 and 2.

Respectfully submitted,
JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ John D. Mitchell
JOHN D. MITCHELL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300